# Court of Appeals
# of the State of Georgia

ATLANTA, April 23, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0652. COLBY WESTER v. LM GENERAL INSURANCE COMPANY.**

On September 19, 2024, the trial court entered an order dismissing Colby Wester's complaint. On October 24, 2024, Wester filed a notice of appeal to this Court. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Wester's notice of appeal — filed 35 days after entry of the order he wishes to appeal — is untimely. This appeal is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/23/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.